```
 1  THOMAS E. FRANKOVICH (State Bar #074414)
    THOMAS E. FRANKOVICH
 2  A PROFESSIONAL LAW CORPORATION
    4328 Redwood Hwy, Suite 300
 3  San Rafael, CA   94903
    Telephone:    415/674-8600
 4  Facsimile:    415/674-9900

 5  Attorneys for Plaintiff
    CRAIG YATES, an individual;
 6
```

7   UNITED STATES DISTRICT COURT

8   NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9  | CRAIG YATES, an individual, | CASE NO. CV-10-0537-CRB |
| 10 |     Plaintiff, | ~~STIPULATION~~ OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON |
| 11 | v. | |
| 12 | | |
| 13 | POT DE PHO NOODLE HOUSE #101, LLC a California Limited Liability Company, dba Pot De Pho; and KWONG FAMILY TRUST, | |
| 14 | | |
| 15 |     Defendants | |
| 16 | | |

17

18      The parties, by and through their respective counsel, stipulate to dismissal of this action in

19  its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the

20  Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

21  costs and attorneys' fees. The parties further consent to and request that the Court retain

22  jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S.

23  375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement

24  agreements).

25      Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

26  their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

27  pursuant to Federal Rules of Civil Procedure section 41(a)(1).

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON CV-10-0537-CRB

1  This stipulation may be executed in counterparts, all of which together shall constitute one
2  original document.

3

4  Dated: December 3, 2010                THOMAS E. FRANKOVICH
                                          *A PROFESSIONAL LAW CORPORATION*
5

6

7

8
                                          By:   /s/Thomas E. Frankovich
9                                               Thomas E. Frankovich
                                          Attorney for CRAIG YATES, an individual
10

11

12

13 Dated: _____, 2010             **Fitzgerald Abbott & Beardsley LLP**

14

15

16

17                                        By: _____
18                                              Mark A. Delgado, Esq.
                                          Attorneys for POT DE PHO NOODLE HOUSE
19                                        #101, LLC a California Limited Liability Company

20

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON CV-10-0537-CRB
-2-

1  This stipulation may be executed in counterparts, all of which together shall constitute one
2  original document.
3
4  Dated: _____, 2010        THOMAS B. FRANKOVICH
                                     *A PROFESSIONAL LAW CORPORATION*
5
6
7
8
9                                    By: _____
                                         Thomas B. Frankovich
10                                       Attorney for CRAIG YATES, an individual
11
12
13 Dated: November 19, 2010          Fitzgerald Abbott & Beardsley LLP
14
15
16
17                                   By: _____
18                                       Mark A. Delgado, Esq.
                                         Attorneys for POT DE PHO NOODLE HOUSE
19                                       #101, LLC a California Limited Liability Company
20
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON CV-10-0537-CRB
-2-

Dated: November 23, 2010              Mastromonaco Real Property Law Group

By: _____
Matthew K. Hindman.
Attorneys for KWONG FAMILY TRUST.

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: Dec. 6, 2010

_____
Honorable
UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON CV-10-0537-CRB
-3-